**Rolando MARTINEZ, Plaintiff— Appellant,**

v.

**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Defendant—Appellee.**

No. 03–7764.

United States Court of Appeals, Fourth Circuit.

Submitted: March 2, 2005.

Decided: April 1, 2005.

Rolando Martinez, Appellant pro se.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rolando Martinez appeals a district court judgment and order summarily dismissing his 28 U.S.C. § 2241 (2000) petition. The district court denied relief because the holding in *Zadvydas v. Davis,* 533 U.S. 678, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001), did not apply to inadmissible aliens like Martinez. In *Clark v. Martinez,* —— U.S. ——, 125 S.Ct. 716, 160 L.Ed.2d 734 (2005), the Supreme Court held the holding in *Zadvydas* did apply to inadmissible aliens. Accordingly, we vacate the district court judgment and remand for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*